### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### <u>WACO DIVISION</u>

| | |
|---|---|
| COMPASS DIRECTIONAL GUIDANCE, INC., § § § *Plaintiff,* § § v. § § GORDON TECHNOLOGIES, L.L.C., § § *Defendant.* § | CIVIL ACTION NO. 6:22-cv-286-ADA-DTG<br><br>JURY TRIAL DEMANDED |

### <u>ORDER DISMISSING ACTION</u>

Before the Court is the Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii) and Joint Motion for Dismissal under Fed. R. Civ. P. 41(a)(2) by Plaintiff, Compass Directional Guidance, Inc., and Defendant, Gordon Technologies, L.L.C., (each a "Party," collectively the "Parties"). The Court finds that all Parties to the above-captioned action have agreed to dismissal of all Plaintiff's claims WITH PREJUDICE and all Defendant's counterclaims WITHOUT PREJUDICE, with each Party to bear its own costs, expenses, and attorneys' fees.

After consideration, the Court APPROVES the Parties' Stipulation of Dismissal. IT IS THEREFORE ORDERED that the Joint Motion is GRANTED, Plaintiff's claims are DISMISSED WITH PREJUDICE, Defendant's claims are DISMISSED WITHOUT PREJUDICE, and each Party will bear its own costs, expenses, and attorneys' fees.

IT IS FURTHER ORDERED that all pending motions are denied as moot.

SO ORDERED this 26th day of January, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE